IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RHONDA'E QUINL'LEY, #A0167059, | ) ) ) | CIV. NO. 16-00550 SOM/KSC |
| | ) ) | ORDER DENYING IN FORMA PAUPERIS APPLICATION |
| Plaintiff, | ) | |
| vs. | ) ) | |
| WANDA CRAIG, ALTRES STAFFING MEDICAL SERVICES, DEP'T OF PUBLIC SAFETY, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER DENYING IN FORMA PAUPERIS APPLICATION**

Before the court is pro se Plaintiff Rhonda'e Quin'ley's in forma pauperis application.  Quin'ley is incarcerated at the Halawa Correctional Facility. Quin'ley's application lacks a prison official's certification of the amount in Quin'ley's account and Quin'ley's signed release for withdrawal of funds from the account.  *See* 28 U.S.C. § 1915(a)(2).  Quin'ley's in forma pauperis request is therefore DENIED as incomplete.

An action may not proceed without prepayment of a filing fee or an order granting in forma pauperis.  *See*

28 U.S.C. § 1915(a)(1).  Quin'ley must either pay the

$400.00 filing fee or submit a new in forma pauperis

application that includes a certified six-month trust

account statement and Quin'ley's signed permission to

withdraw funds from Quin'ley's account on or before

**November 2, 2016**.  Failure to do so will result in

dismissal of this action without prejudice for failure

to pay and follow a court order.  *See* Fed. R. Civ. P.

41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112

(9th Cir. 1995); *In re Perroton*, 958 F.2d 889, 890 (9th

Cir. 1992); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61

(9th Cir. 1992).

    The Clerk is DIRECTED to send Quin'ley an in forma

pauperis application so that Quin'ley may comply with

this Order.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii; October 12, 2016.



 /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*Quin'ley v. Ward*, 1:16-cv-00550 SOM/KSC; IFP 2016 Quin'ley som (dny incomp)

2